UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDSAY HELD, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 3:11-cv-00105-JBA ) ) |
| v. | ) ) |
| AAA SOUTHERN NEW ENGLAND, | ) ) ) |
| Defendant. | ) March 9, 2011 ) |

## MOTION TO ADMIT DANIEL M. BLOUIN *PRO HAC VICE*

Pursuant to Local Rule 83.1(d) of this Court's Local Rules of Civil Procedure I, Kent D.B. Sinclair, attorney for Defendant AAA Southern New England ("Defendant"), and a member of the Bar of this Court, hereby respectfully move for admission, *pro hac vice*, of Daniel M. Blouin, a Partner of the law firm Seyfarth Shaw LLP, for the purposes of representing the Defendant in the above-captioned action as co-counsel.[1]  Defendant also requests, with the consent of the Plaintiff, that the Court orders that good cause exists to waive the local office requirement of Local Rule 83.1(c).

In support of this motion, I hereby represent the following:

1.  Mr. Blouin is an attorney with the law firm Seyfarth Shaw LLP, 131 South Dearborn Street, Suite 2400, Chicago, Illinois 60603.

2.  Mr. Blouin is a member in good standing of the Bar of the State of Illinois licensed to practice law in Illinois since 1988.

3.  Mr. Blouin is a member in good standing and eligible to practice before all courts of the State of Illinois since 1988.  He is also eligible to practice before the U.S. District Court,

---

[1] The Affidavit of Daniel M. Blouin dated February 14, 2011, is being simultaneously filed in this matter.

Northern District of Illinois; and the U.S. Court of Appeals, Seventh Circuit. Mr. Blouin is a member in good standing in all of these courts and not currently suspended or disbarred in any court.

4.  Mr. Blouin has not been denied admission or been disciplined in accordance with Rule 3 of this Court's Local Rules of Civil Procedure nor has he been disciplined or denied admission in any other Court.

5.  Mr. Blouin is familiar with the Defendant's business practices, and is currently advising the Defendant with respect to issues related to the above-captioned matter.

6.  Good cause exists to waive the local office requirement of Local Rule 83.1(c) because Mr. Blouin will be served with papers in this case in the same way as all other counsel in this matter, via the ECF system or by mail. Notably, although the appearing counsel for both Defendant and Plaintiff are admitted in this District, neither parties' lawyers have offices located in Connecticut. Plaintiff's counsel consents to the waiver of the local office requirement.

7.  A proposed order is provided for the Court's consideration (attached as Exhibit 1).

Dated: March 9, 2011

Respectfully submitted,

DEFENDANT,

AAA OF SOUTHERN NEW ENGLAND

By its attorneys,

_____
Kent D.B. Sinclair (ct14649)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210-2028
TEL: (617) 946-4800
FAX: (617) 946-4801
E-Mail: ksinclair@seyfarth.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, I served a copy of the Motion To Admit Daniel M. Blouin *Pro Hac Vice* by First-Class mail, postage prepaid on the following counsel of record for the Plaintiff:

Robert J. Berg, Esq.<br>
Jeffrey I. Carton, Esq.<br>
Meiselman, Denlea, Packman,<br>
Carton & Eberz P.C.<br>
1311 Mamaroneck Avenue<br>
White Plains, NY 10605

_____
Kent D.B. Sinclair

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDSAY HELD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AAA SOUTHERN NEW ENGLAND,<br><br>Defendant. | Civil Action No. 3:11-cv-00105-JBA<br><br><br><br>March 9, 2011 |

## *PROPOSED* ORDER

After consideration and for good cause shown, the Motion To Admit Daniel M. Blouin *Pro Hac Vice* is hereby GRANTED. The Court hereby ORDERS that:

1. Mr. Blouin is admitted as a visiting attorney to represent the Defendant in the above-captioned matter; and

2. the local office requirement of Local Rule 83.1(c) is waived and Mr. Blouin shall be served through the Court's ECF system or by First-Class mail at his office in Chicago, Illinois.

Dated: March ___, 2011

_____
Janet Bond Arterton
United States District Judge