## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|   |   |
|---|---|
| LINDSAY HELD, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AAA SOUTHERN NEW ENGLAND, <br><br> Defendant. | Civil Action No. 3:11-cv-00105 <br><br><br> June 22, 2011 |

### MOTION TO ADMIT ROBERT J. BERG *PRO HAC VICE*

Pursuant to Local Rule 83.1(d) of this Court's Local Rules of Civil Procedure, I, Jeffrey I. Carton, attorney for plaintiff Lindsay Held, and a member of the Bar of this Court, hereby respectfully move for admission, *pro hac vice*, Robert J. Berg, a member of the law firm Meiselman, Denlea, Packman, Carton & Eberz, PC, for the purpose of representing plaintiff in the above-captioned action as co-counsel.[1]

In support of this motion, I hereby represent the following:

1. Mr. Berg is an attorney with the law firm Meiselman, Denlea, Packman, Carton & Eberz, PC, 1311 Mamaroneck Avenue, White Plains, New York 10605.

2. Mr. Berg is a member in good standing of the Bars of the States of New York and New Jersey, having been licensed to practice law in New York since 1984 and in New Jersey since 1995.

3. Mr. Berg is also a member in good standing of the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the District of New Jersey, and

---

[1] The Affidavit of Robert J. Berg, dated June 22, 2011, is being simultaneously filed in this matter.

the United States Courts of Appeals for the Second, Third, Fourth, and District of Columbia Circuits.

4. Mr. Berg is not currently suspended or disbarred in any court.

5. Mr. Berg has not been denied admission or been disciplined in accordance with Rule 83.2 of this Court's Local Rules of Civil Procedure, nor has he been disciplined or denied admission in any other Court.

6. Defendant consents to this motion.

7. A proposed Order is provided for the Court's consideration.

Dated: June 22, 2011

                                Respectfully submitted,

                                PLAINTIFF LINDSAY HELD

                                By his attorneys,

                                _____
                                Jeffrey I. Carton (ct19966)
                                MEISELMAN, DENLEA, PACKMAN,
                                  CARTON & EBERZ, PC
                                1311 Mamaroneck Avenue
                                White Plains, New York  10605
                                TEL: (914) 517-5000
                                FAX: (914) 517-5055
                                e-mail: JCarton@mdpcelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2011, I caused a copy of the Motion to admit Robert J. Berg *pro hac vice,* proposed Order, and Affidavit of Robert J. Berg to be served by email and by first class mail, postage fully prepaid, on the following counsel of record for the Defendant:

>Kent D.B. Sinclair, Esq.
>SEYFARTH SHAW LLP
>World Trade Center East
>Two Seaport Lane, Suite 300
>Boston, Massachusetts 02210-2028
>e-mail: ksinclair@seyfarth.com
>
>Daniel M. Blouin, Esq.
>SEYFARTH SHAW LLP
>131 South Dearborn Street, Suite 2400
>Chicago, Illinois 60603-5577
>e-mail: dblouin@seyfarth.com

_____
Robert J. Berg