UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------- X
LINDSAY HELD, on behalf of himself       :
and all others similarly situated,       :
                                         :
                    Plaintiff,           :     Civil Action No. 3:11-cv-00105-JBA
                                         :
        - against -                      :     Motion for Admission Pro Hac Vice
                                         :
AAA SOUTHERN NEW ENGLAND,                :
                                         :
                    Defendant.           :
                                         :
------------------------------------------------------- X
```

I, Eric M. Falkenberry, being a member in good standing of this Court and pursuant to Local Rule 83.1(d), hereby move on behalf of Defendant AAA Southern New England ("AAA SNE") for the admission of Keara M. Gordon, of the law firm of DLA Piper LLP (US), as a visiting lawyer, *pro hac vice* to represent AAA SNE. In support of this motion, the Affidavit of Keara M. Gordon is attached hereto. Payment of the court fee in the amount of $25.00 will be made to the Clerk of the Court through the electronic filing system. Service of papers shall be made upon Eric M. Falkenberry, DLA Piper LLP (US), 1251 Avenue of the Americas, 45th Floor, New York, NY 10020.

Dated: November 16, 2012            Respectfully submitted,

                                             /s
                                    Eric M. Falkenberry, Esq.
                                    Federal Bar No.: CT27471
                                    CT Juris No.: 411959

                                    DLA Piper LLP (US)
                                    1251 Avenue of the Americas
                                    New York, New York 10020
                                    Tel: (212) 335-4500
                                    Fax: (212) 335-4501
                                    eric.falkenberry@dlapiper.com

                                    *Attorneys for Defendant*
                                    *AAA Southern New England*

## Certificate of Service

I hereby certify that on November 16, 2012, a copy of the foregoing Motion for Admission of Keara M. Gordon *pro hac vice* and Affidavit were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                  /s/  
                                                  Eric M. Falkenberry, Esq.