# MANDATE

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand thirteen.

Present:

>Pierre N. Leval,
>Reena Raggi,
>    *Circuit Judges.*[*]

---

AAA Southern New England,

>*Petitioner*,

v.                                                                                                   12-3806

Lindsay Held, on behalf of himself and all others similarly situated,

>*Respondent*.

---

Petitioner, through counsel, moves pursuant to Fed. R. Civ. P. 23(f) for leave to appeal the district court's order granting Respondent's motion for class certification. Upon due consideration, it is hereby ORDERED that leave to appeal is DENIED because Petitioner fails to show that the certification order either effectively terminates the litigation or implicates a legal question compelling immediate review. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

[*] Because Judge Kenneth Karas, originally assigned to this panel, recused himself from this case, the remaining two judges issue this order in accordance with Second Circuit Internal Operating Procedure E(b).

MANDATE ISSUED ON 01/30/2013