UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------x
LINDSAY HELD, on behalf of himself        :
and all others similarly situated,        :
                                          :     Civil Action No. 3:11-cv-00105-SRU
                              Plaintiff,  :
                                          :
         -against-                        :
                                          :
AAA SOUTHERN NEW ENGLAND,                 :
                                          :
                              Defendant.  :
---------------------------------------------------------x

ORDER OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff and Class Representative Lindsay Held, on behalf of himself and the plaintiff class, have moved this Court for an Order granting preliminary approval of the parties' Settlement of this class action on the terms and conditions set forth in the Settlement Agreement and Release duly entered into by the Parties and their counsel on April 15, 2013.

IT IS HEREBY ORDERED THAT:

1.      The Court certifies, pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), a Settlement Class defined as:

> All persons who, at any time on or after January 19, 2005, renewed their AAA SNE membership and paid their renewal membership dues after expiration of their prior membership expiration date, and whose new membership term was deemed by AAA SNE to have begun on or about the prior expiration date. Subject to the foregoing, the Class includes persons who were members of Connecticut Motor Club or AAA Merimack Valley, Inc., and who otherwise fall within the definition of a Class Member. The Class does not include persons who were members of New Jersey Automobile Club. All federal judges and members of their families within the first degree of consanguinity, and current and former employees, officers and directors of AAA SNE, are excluded from the Class.

2.	The Court confirms the appointment of Lindsay Held as Class Representative of the Settlement Class and the law firm of Denlea & Carton LLP (Jeffrey I. Carton, Esq. and Robert J. Berg, Esq.) as Class Counsel to the Settlement Class.

3.	The Court finds that the proposed Settlement, as set forth in the Parties' Settlement Agreement and Release, appears to be fair, reasonable, adequate, and in the best interests of the Class, and therefore grants Plaintiff's consented-to motion for preliminary approval of the proposed Settlement.

4.	The Court approves the form of the proposed Long-Form Class Notice and Summary Class Notice, and approves the Parties' proposal for the manner of notifying the Settlement Class Members of the pendency of the class action and the proposed Settlement. The Court finds that the Parties' proposal constitutes the best notice practicable under the circumstances, and complies with the notice requirements of due process and Rule 23 of the Federal Rules of Civil Procedure.

5.	The Court approves the Parties' proposed schedule for dissemination of the Class Notice, requesting exclusion from the Settlement Class or objecting to the Settlement, submitting papers in connection with Final Approval, and the Final Approval Hearing, as follows:

| Date: April 23, 2013 at 2:00 p.m. | Court Conference re: Motion for Preliminary Approval. |
|---|---|
| Date: May 14, 2013 | Summary Class Notice disseminated by first class mail and publication. Long-Form Class Notice made available via Internet. Website activated. |
| Date: June 28, 2013 | Opt-Out Date; deadline for Settlement Class Members to opt out of Settlement.<br><br>Objection Date; deadline for Settlement Class Members to object to terms of Settlement. |
| Date: July 10, 2013 | Last day to file notice of appearance for Settlement |

|  | Class Members who do not object but who wish to be heard at the final approval hearing. |
|---|---|
| Date: July 10, 2013 | AAA's counsel to file list of persons, if any, who have submitted valid requests for exclusion. |
| Date: July 24, 2013 | Last day for Parties to file submissions in support of Final Approval and/or responses to objections, if any. |
| Date: August 6, 2013 at 10:00 a.m. | Final Approval Hearing. |

It is so ordered.

Dated at Bridgeport, Connecticut this 29th day of April 2013.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge
